UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BEN H. SCOTT

CIVIL ACTION

VERSUS

19-150-SDD-EWD

WILLIAMS, ET AL.

## RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated December 5, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Dismiss*[3] is hereby GRANTED IN PART AND DENIED IN PART.

**IT IS FURTHER ORDERED** that all of Plaintiff's claims against Jeremy Mitchell and West Harris are hereby DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that Plaintiff's claims for conspiracy and threats by Walter Johnson and Ricky Williams, as well as Plaintiff's claims for injunctive relief and for monetary damages against Walter Johnson and Ricky Williams in their official capacities are hereby DISMISSED WITH PREJUDICE.

---

[1] Rec. Doc. 11.
[2] Rec. Doc. 14.
[3] Rec. Doc. 11.

**IT IS FURTHER ORDERED** that this matter is referred to the magistrate judge for proceedings on Plaintiff's remaining claims, i.e., Plaintiff's claims against Walter Johnson and Ricky Williams for excessive force arising out of the incident wherein Walter Johnson and Ricky Williams allegedly jerked Plaintiff's arm to place his hands in handcuffs.

Signed in Baton Rouge, Louisiana the 9 day of January, 2020.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA