## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

SCOTT

CIVIL ACTION

VERSUS

19-150-SDD-EWD

WILLIAMS, ET AL.

### RULING

The Court has carefully considered the *Motions*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated February 24, 2021, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's herein.

**ACCORDINGLY**, the *Motion for Summary Judgment*[3] filed on behalf of Ricky Williams and Walter Johnson is hereby GRANTED; the *Motion for Summary Judgment*[4] filed by Plaintiff is hereby DENIED; the Plaintiff's claims against Ricky Williams and Walter Johnson are hereby DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies as required by 28 U.S.C. § 1997e; and this matter is hereby CLOSED, as all claims have been resolved.

---

[1] Rec. Docs. 22, 27, and 29.
[2] Rec. Doc. 31.
[3] Rec. Doc. 22.
[4] Rec. Doc. 27.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion for Subpoena Duces Tecum*[5] is DENIED.

Signed in Baton Rouge, Louisiana on <u>March 29, 2021</u>.


CHIEF JUDGE SHELLY D. DICK
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[5] Rec. Doc. 29.